RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Cristell Lopez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRISTELL LOPEZ,<br><br>    Defendant. | Case No. 2:16-cr-010-GMN-GWF<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Cristell Lopez, that the Sentencing Hearing currently scheduled on December 22, 2016 at 10:30 a.m., be vacated and advanced to a date and time convenient to the Court. Counsel for the Government will be unavailable December 12, 2016 – December 15, 2016 and December 22, 2016 – December 23, 2016.

This Stipulation is entered into for the following reasons:

1. The defendant is in custody and agrees with the need for the advancement.

2. Counsel for the Government will be unavailable during the currently scheduled hearing.

3. Denial of this request for advancement could result in a miscarriage of justice.

4. The parties agree to the advancement.

This is the first request for an advancement of the sentencing hearing.

DATED this 1st day of December, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By  /s/ Heidi A. Ojeda<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ Susan Cushman<br>SUSAN CUSHMAN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRISTELL LOPEZ,<br><br>    Defendant. | Case No. 2:16-cr-010-GMN-GWF<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, December 22, 2016 at 10:30 a.m., be vacated and advanced to December 20, 2016 at the hour of 9:00 a.m.

    DATED this 5 day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

3